IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CHRISTIAN,** | : | |
|   Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-1673** |
| | : | |
| **COMMONWEALTH OF PA,** | : | |
|   Defendant. | : | |

### ORDER

AND NOW, this 31st day of May, 2022, Plaintiff Julio Christian having submitted a Complaint to this Court without either paying the fees to commence this civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, if Christian seeks to proceed with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

2. If Christian fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, J.**